AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JERRY GLENN THOMPSON, JR.,

              Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

              v.

LISA OLIVER-ESTES, and C/O SUNDBERG,

                                          CASE NUMBER: CV-11-108-EFS

              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

July 12, 2011                                               JAMES R. LARSEN
*Date*                                                          *Clerk*
                                                                   s/ Sheila Parpolia
                                                                     *(By) Deputy Clerk*
                                                                  Sheila Parpolia